■ In the Matter of CITY OF NEW YORK, Respondent, v CESAR A. PERALES, as Social Services Commissioner of the State of New York, et al., Appellants. In the Matter of CITY OF NEW YORK, Respondent, v CESAR A. PERALES, as Social Services Commissioner of the State of New York, et al., Appellants, et al., Respondents. [600 NYS2d 412] —Order and judgment (one paper) of the Supreme Court, New York County (Edith Miller, J.), entered April 8, 1992, unanimously affirmed for the reasons stated by Miller, J., without costs and disbursements. No opinion. Concur—Milonas, J. P., Rosenberger, Rubin and Nardelli, JJ.